UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Daniel Dymtrow          Plaintiff,

-against-                                                    07  CIVIL 11277  ( RJS )

Taylor Swift, Scott     Defendant.
Swift, and Andrea Swift
------------------------------------------------------------x

# NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Paul V. LiCalsi__

☒ *Attorney*

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
        __PL6622__

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☒ *Law Firm/Government Agency Association*

    From: __Sonnenschein, Nath, Rosenthal LLP__

    To: __Mitchell, Silberberg & Knupp LLP__

    ☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

☒ *Address:*         __12 East 49th Street, 30th Fl__, New York, N.Y. 10017

☒ *Telephone Number:*  __(917) 546-7702__

☒ *Fax Number:*        __(202) 509-7239__

☒ *E-Mail Address:*    __pvl@msk.com__

Dated: __3/20/08__