UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/08
```

**DANIEL DYMTROW,**

                          **Plaintiff,**

-v-

**TAYLOR SWIFT, ET AL**

                          **Defendants.**

Case No. 07-CV-011277 (RJS)

ORDER
ECF

RICHARD J. SULLIVAN, District Judge:

    The Defendants' motion to dismiss is denied without prejudice for failure to comply with the Court's individual practices and the Local Rules of this District.

    The Clerk of the Court is directed to terminate the motion docketed as document #7.

SO ORDERED.

Dated:    March 24, 2008
               New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE