**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

**MS&K**

Paul V. LiCalsi
Partner
(917) 546-7702 Phone
(917) 546-7672 Fax
pvl@msk.com

March 27, 2008

**VIA FEDEX**

Honorable Richard J. Sullivan
United States District Court
Southern District of New York
500 Pearl Street, Room 615
New York, New York 10007



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/28/08

Re: Daniel Dymtrow v. Taylor Swift, Scott Swift and Andrea Swift
07 CV 11277 (RJS)

Dear Judge Sullivan:

We represent the defendants in the above-action and are in receipt of plaintiff's counsel's letter to the Court dated March 26, 2008, which responded to my letter dated March 21, 2008, addressing the merits of plaintiff's motion to dismiss the complaint herein.

We do not agree with plaintiff's premise that any default has occurred in this case, in that defendants' motion was timely filed under the Federal Rules of Civil Procedure, and decline to sign plaintiff's proffered order. The motion is meritorious for adjudication, and we will be prepared to address its ripeness at the scheduled conference on April 11, 2008, or as otherwise scheduled by the Court.

Respectfully submitted,

Paul V. LiCalsi
of
MITCHELL SILBERBERG & KNUPP LLP

PVL/dc
cc:  Fernando M. Pinguelo, Esq. (via FedEx)
     Vivek Gupta, Esq. (via FedEx)

*[Handwritten note:]* The April 11, 2008 Conference will proceed as previously scheduled. Plaintiffs shall submit a letter, not to exceed 3 pages, by April 3, 2008, responding to the defendants' March 21, 2008 letter and explaining plaintiff's default allegation.

SO ORDERED
Dated: 3/28/08
RICHARD J. SULLIVAN
U.S.D.J.

1788603.1/41685-00000

12 East 49th Street, 30th Floor, New York, New York 10017-1208
Phone: (212) 509-3900  Fax: (212) 509-7239  Website: www.msk.com