≈AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

_____SOUTHERN_____ DISTRICT OF _____NEW YORK_____

Daniel Dymtrow

v.

Taylor Swift, Scott Swift and Andrea

APPEARANCE

Case Number: 07-cv-11277

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Daniel Dymtrow, Plaintiff

I certify that I am admitted to practice in this court.

| | |
|---|---|
| April 1, 2008 | /s/Vivek Gupta |
| Date | Signature |
| | Vivek Gupta          VG-9794 |
| | Print Name          Bar Number |
| | 14 East 4th Street, Suite 803 |
| | Address |
| | New York     New York     10012 |
| | City          State          Zip Code |
| | (917) 686-4954     (646) 356-6901 |
| | Phone Number          Fax Number |