UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



---

DANIEL DYMTROW,

                Plaintiff,

-v-

TAYLOR SWIFT, SCOTT SWIFT, and
ANDREA SWIFT,

                Defendants.

---

No. 07 Civ. 11277 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

    At a pre-motion conference held before the Court on April 8, 2008, the following scheduling order was established for the Defendants' proposed motion to dismiss:

    Defendants shall file the motion to dismiss no later than April 15, 2008.

    Plaintiff shall file his opposition no later than May 15, 2008.

    Defendants' reply brief, if needed, is due no later than May 22, 2008. If Defendants choose not to file a reply brief, Defendants are directed to send a letter the Court, to be received no later than May 22, 2008, informing the Court that no reply brief will be filed.

SO ORDERED.

DATED:    April 8, 2008
             New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE