AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN                    DISTRICT OF                    NEW YORK

### APPEARANCE

Case Number: 07CV11277

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants - Taylor Swfit, Scott Swift and Andrea Swift

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 4/15/2008 | *(signature)* |
| Date | Signature |
| | Howard H. Weller — HW2745 |
| | Print Name / Bar Number |
| | 12 East 49th Street, 30th Fl |
| | Address |
| | New York, N.Y. 10017 |
| | City / State / Zip Code |
| | (917) 546-7707 / (917) 546-7677 |
| | Phone Number / Fax Number |