UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL DYMTROW, <br><br> Plaintiff, <br><br> v. <br><br> TAYLOR SWIFT, SCOTT SWIFT and ANDREA SWIFT, <br><br> Defendants. | ) <br> ) <br> ) <br> ) Civil Action No. 07 CV 11277 (RJS) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATE OF SERVICE

I, Howard H. Weller, hereby certify that on April 15, 2008, a true and correct copy of:

- NOTICE OF MOTION TO DISMISS THE COMPLAINT

- MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS THE COMPLAINT

- TRANSMITTAL DECLARATION OF HOWARD H. WELLER IN SUPPORT OF DEFENDANTS TAYLOR SWIFT, SCOTT SWIFT AND ANDREA SWIFT'S MOTION TO DISMISS THE COMPLAINT

was electronically served upon counsel of record via the Court's Electronic Filing System in accordance with the Federal Rules of Civil Procedure and Local Civil Rule 5.2.

DATED: April 15, 2008
New York, New York

MITCHELL SILBERBERG & KNUPP LLP

By: _____
Howard H. Weller (HW-2745)
12 East 49th Street, 30th Fl
New York, NY 10020
(917) 546-7707 (T)
(917) 546-7677 (F)
*Attorneys for Defendants Taylor Swift,
Scott Swift and Andrea Swift*