**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------x
DANIEL DYMTROW, :

Plaintiff, :

v. :

TAYLOR SWIFT, SCOTT SWIFT, SCOTT BORCHETTA, BIG MACHINE RECORDS, LLC, and ANDREA SWIFT, :

Defendants. :
--------------------------------------------------------------x

No. 07 Civ. 11277 (RJS)

**DECLARATION OF**
**JONATHAN D. DAVIS**

JONATHAN D. DAVIS, declares as follows:

1. I am the sole shareholder of Jonathan D. Davis, P.C., attorneys for Defendants Scott Borchetta and Big Machine Records, LLC, in the above-captioned action.

2. I submit this declaration in support of these Defendants' motion for an order, pursuant to Rule 12(b)(6), Fed. R. Civ. P., dismissing the Amended Complaint for failure to state a claim upon which relief can be granted.

3. Attached hereto as Exhibit A is a true and correct copy of the Amended Complaint, with exhibits, dated December 22, 2008, which was filed in this action.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Executed at New York, New York, on this 17th day of March 2009.

JONATHAN D. DAVIS