UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/17/10
```

DANIEL DYMTROW,

                Plaintiff,

-v-

TAYLOR SWIFT, SCOTT SWIFT, and ANDREA SWIFT,

                Defendants.

No. 07 Civ. 11277 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

    IT IS HEREBY ORDERED THAT the parties shall appear for oral argument on March 1, 2010 at 11:00 a.m.

SO ORDERED.

DATED:    February 16, 2010
                New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE